```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>                    Plaintiff,       )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br>JOHN HERNANDEZ ISMAEL RIOS, ANTONIO)<br>MEDINA, VIGILIO PINEDA, AARON LAMAR)<br>POTTS, aka Ardallah Abbas, aka      )<br>Jarrod Green, VALERIE WHITE, ISAURO)<br>JAUREGUI CATALAN, PABLO             )<br>FARIAS-SEGURA, aka "Pia", ARTURO    )<br>FARIAS-SEGURA, aka "Turin," WENDELL)<br>STEWART, and RICARDO VENEGAS,       )<br>                                     )<br>                    Defendants.     )<br>_____)  | CR. S-06-441 GEB<br><br><u>ORDER CONCERNING<br>ATTORNEY EDWARD C. Bell<br>AND SCHEDULING STATUS<br>HEARING</u> |

        Attorney Edward C. Bell shall explain in a writing filed no later than 3:00 p.m. on December 14, 2009, why he did not appear at the status hearing held December 4, 2009 on behalf of his client Defendant Isauro Jauregui Catalan. The Court is contemplating a sanction proceeding, and is providing Attorney Edward C. Bell an opportunity to explain whether a sanctions proceeding should be convened. Further, another status hearing is scheduled to commence at 9:00 a.m. on January 8, 2010. Attorney Ed Bell James shall attend that hearing or otherwise ensure that his client Defendant Isauro

1

Jauregui Catalan is represented by counsel at that hearing.

IT IS SO ORDERED.

Dated: December 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2