1  Edward C. Bell
   Attorney at Law
2  Cal. Bar # 46335
   PO Box 8736
3  Emeryville, CA 94608
   (510)532 2266
4  (510)601-6267
   edwardb@sbcglobal.net
5
   Attorneys for Isauro Jauregui Catalan
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                           CRIMINAL DIVISION

10

11 | THE UNITED STATES OF       )   Docket No.  2:06-cr-00441-GEB
   | AMERICA                    )
12 |                            )   JOINT REQUEST FOR A PRE-PLEA
   |          Plaintiff,        )   REPORT AND STIPULATION AND
13 |     vs.                    )   [PROPOSED ORDER] CONTINUING
   |                            )   STATUS CONFERENCE
14 | ISAURO JAUREGUI            )   Date: January 13, 2012
   | CATALAN,                   )   Time: 9:00 a.m.
15 |                            )   Judge: Honorable Garland E. Burrell, Jr.
   |          Defendant.        )
16

17         The parties are in accord that the preparation of a pre-plea report is appropriate in this

18 case in aid of settlement.  Counsel for the defendant has contacted Hugo Ortiz, Supervisor of the

19 United States Probation Office and he indicated that upon request and order his staff would need

20 a minimum of 45 days to prepare said report.  Defendant hereby request this court to order that a

21 pre-plea report be prepared as defendant's criminal history is complex and such a report will aid

22 in settlement negotiations.

23         IT IS HEREBY stipulated between the United States of America through its undersigned

24 counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for

25 defendant Isauro Jauregui Catalan, Edward C. Bell, Esq., that the status conference presently set

26 for February 24, 2012 be **continued to April 27, 2012, at 9:00 a.m.,** thus **vacating** the

27 presently set status conference.

28         Further, defendant and the United States of America hereby agree and stipulate that the

1  ends of justice served by the granting of such a continuance outweigh the best interests of the
2  public and the defendants in a speedy trial and that time under the Speedy Trial Act should
3  therefore be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of
4  counsel/ reasonable time for effective preparation, specifically the continuance is requested to
5  allow time for the preparation of a pre-plea report and the culmination of negotiations for
6  resolution and Local Code T4, and agree to exclude time from the date of the filing of the order
7  until the date of the status conference, April 27, 2012.

8  Dated: February 22, 2012

                                    /s/_____
                                    Edward C. Bell

10 Dated:

                                    _____
12                                  Benjamin B. Wagner, United States Attorney
                                    by: /s/ Jill M. Thomas
13                                  JILL M. THOMAS
                                    Assistant U.S. Attorney

       Good cause appearing,

       IT IS HEREBY ORDERED that the United States Probation Office for the Eastern
District of California prepare a pre-plea report for defendant Isauro Catalan
for the sole purpose of calculating his criminal history.

       IT IS FURTHER ORDERED that the status conference currently set for Feburary 24,
2012 be vacated and continued to April 27, 2012.  Further, the court finds that ends of justice
are served by the granting of such a continuance and outweigh the best interests of the public
and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore
be under meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) excluded.

Dated:  March 7, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge