BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-06-0441 GEB |
| ) | **AMENDED** |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | RESETTING STATUS CONFERENCE, |
| v. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| ISAURO JAUREGUI CATALAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, defendant Isauro Jauregui Catalan, through his counsel of record, Edward C. Bell, Esq., hereby stipulate and agree that the status conference set for May 25, 2012, be continued to July 20, 2012, at 9:00 a.m.

    The parties stipulate that the time beginning May 25, 2012, and extending through July 20, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time

1

for reasonable time for effective preparation, specifically the continuance is requested to allow time for the preparation of the pre-plea report and the culmination of negotiations for resolution. 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.   The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

 IT IS SO STIPULATED.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: May 17, 2012 | By: /s/ Jill M. Thomas<br>JILL M. THOMAS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: May 17, 2012 | By: /s/ Edward C. Bell<br>EDWARD C. BELL<br>Attorney for Defendant<br>ISAURO JAUREGUI CATALAN |

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including July 20, 2012.

**IT IS SO ORDERED.**

Dated:  May 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge