AO 247 (Rev. 11/11)    Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:06-cr-00441-GEB   Document 562   Filed 12/15/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
| v. | ) | Case No: 2:06CR00441 |
| ISAURO JAUREGUI CATALAN | ) | USM No: 47975-112 |

Date of Original Judgment: 4/18/13
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 121 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 4/18/13 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/15/15

*Judge's signature*

Effective Date:
*(if different from order date)*

Garland E. Burrell, Jr., U.S. District Judge
*Printed name and title*